IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| AMY STANG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 2:15-CV-00016-WCO |
| | ) | |
| NORTHEAST GEORGIA HEALTH SYSTEM, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF RESOLUTION

Defendant Northeast Georgia Health System, Inc. and Plaintiff Amy Stang hereby give notice that the parties have resolved all disputed claims in the instant matter and are in the process of preparing and executing the necessary documents relating to that resolution, which should be finalized within the next forty-five (45) days.  Once finalized, the parties will submit a joint stipulation requesting dismissal of this matter, with prejudice and in its entirety.  Therefore, the parties request that the Court take the hearing currently scheduled for May 20, 2015, off calendar.

Respectfully submitted this 11th day of May, 2015.

<div style="display:flex">
<div>

*/s/Regina Molden*
Regina S. Molden
Georgia Bar No. 515454
233 Peachtree Street NE
Suite 1245
Peachtree Center – Harris Tower
Atlanta, Georgia 30303
Telephone: (404) 324-4500
rmolden@moldenholley.com
*Counsel for Plaintiff*

</div>
<div>

*/s/John W. Stapleton*
Andria L. Ryan
Georgia Bar. No. 461495
alureryan@laborlawyers.com
Tillman Y. Coffey
Georgia Bar No. 173070
tcoffey@laborlawyers.com
John W. Stapleton
Georgia Bar No. 368790
jstapleton@laborlawyers.com

Fisher & Phillips LLP
1075 Peachtree Street NE
Suite 3500
Atlanta, Georgia 30309
Telephone: (404) 231-1400
*Counsel for Defendant*

</div>
</div>

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| AMY STANG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 2:15-CV-00016-WCO |
| | ) | |
| NORTHEAST GEORGIA HEALTH | ) | |
| SYSTEM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I certify that on May 11, 2015, I electronically filed the **NOTICE OF RESOLUTION** using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

> Regina Sledge Molden
> Alec MacInnes
> Taylor J. Bennett
> Molden & Holley, LLC
> Peachtree Center – Harris Tower
> 233 Peachtree Street NE, Suite 1245
> Atlanta, Georgia 30303
> rmolden@moldenholley.com
> amacinnes@moldenholley.com
> tbennett@moldenholley.com

By: */s/John W. Stapleton*