IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| AMY STANG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. |
| | ) 2:15-CV-00016-WCO |
| NORTHEAST GEORGIA HEALTH | ) |
| SYSTEM INC., | ) |
| | ) |
| Defendant | ) |
| | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the *Federal Rules of Civil Procedure*, the parties stipulate and agree to dismiss with prejudice, the case filed by Plaintiff Amy Stang, and the counterclaim filed by Northeast Georgia Health System, Inc. Each of the settling parties is to bear their own costs and attorneys' fees.

Respectfully submitted this 19th day of June, 2015.

/s/ Regina S. Molden
Regina S. Molden
Georgia Bar No. 515454
**The Molden Law Firm, LLC**
Peachtree Center - Harris Tower
233 Peachtree Street NE
Suite 1245
Atlanta, Georgia  30303

Telephone:  404-324-4500
Facsimile:    404-324-4501
Email: rmolden@moldenlaw.com

Attorneys for Plaintiff  Amy Stang

/s/Jack Stapleton
Adrian Ryan
Jack Stapleton
**Fisher & Phillips LLP-ATL**
Suite 3500
1075 Peachtree Street, NE
Atlanta, GA 30309
404-231-1400
Fax: 404-240-4249
Email: aryan@laborlawyers.com
Attorneys for Defendant NGHS

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1**

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

/s/ Regina S. Molden
Regina S. Molden
Georgia Bar No. 515454
